Argued April 3, decided April 19, 1911.

## CHAMBERS v. CHAMBERS.

[114 Pac. 1134.]

From Multnomah: WILLIAM N. GATENS, Judge.

Statement PER CURIAM.

This is a suit for divorce by Annie P. Chambers against Robert Chambers, upon the grounds of cruel and inhuman treatment rendering life burdensome.

Defendant answered, denying the facts averred as constituting the ground for divorce, and alleges that plaintiff has been guilty of cruel and inhuman treatment toward him, rendering his life burdensome, and asks for affirmative relief. The cause was tried before the court, which found that the evidence does not establish the charges of cruelty set forth in the complaint, but that plaintiff has been guilty of cruel treatment toward defendant, rendering his life burdensome, and granted a decree of divorce upon the prayer of defendant. Plaintiff appeals.          AFFIRMED.

For appellant there was a brief and an oral argument by *Mr. John Ditchburn.*

For respondent there was a brief and an oral argument by *Mr. Cicero M. Idleman.*

Opinion PER CURIAM.

No question of law is involved upon this appeal; but plaintiff contends that upon the evidence she is entitled to a decree of divorce, and that defendant is not. No good purpose can be served by reviewing the evidence, or commenting upon it, in this opinion. We have read the evidence, and are of the opinion that the findings and decree of the trial are fully sustained by it; and the decree is affirmed.          AFFIRMED.